**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-4075-01/02-CR-C-BCW |
| | ) | |
| ALEC MATTHEW ELL, | ) | |
| ANGELICA MELANIE POLSTON, | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The defendants, by consent, appeared before the undersigned on August 31, 2015 and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, have entered pleas of guilty to Count One of the Second Superseding Indictment filed on April 2, 2015. After cautioning and examining Defendants, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty pleas were knowledgeable and voluntary, and that the offense to which Defendants have plead guilty is supported by a factual basis for each of the essential elements of the offense.

IT IS, THEREFORE, RECOMMENDED that the pleas of guilty be accepted and that the defendants be adjudged guilty and have sentences imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

*Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge

August 31, 2015
Jefferson City, Missouri